IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-002 BSM |
| | ) | |
| KENDRA SHAKEDA WILLIAMS | ) | |

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Kendra Shakeda Williams, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the United States in the amount of $1,995.00.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments in the amount of at least $100.00, commencing with the first day of the next calendar month and continuing each and every month thereafter until the Judgment is satisfied in full. All checks or money orders are to be made payable to U.S. District Court Clerk, 600 W. Capitol Ave., Little Rock, Arkansas 72201.

3. The defendant shall submit to the United States for review on at least an annual

basis a statement of her financial condition and such information may be grounds to increase the payments of the defendant to the plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the United States deems appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the United States after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

UNITED STATES ATTORNEY

_____        8/9/10
Patricia S. Harris                      Date
Assistant U.S. Attorney

_____        8/5/10
Defendant                               Date
Kendra Shakeda Williams

APPROVED:

_____          8-17-2010
UNITED STATES DISTRICT JUDGE            Date